# LUCAS COUNTY COMMON PLEAS COURT
CORNER ADAMS & ERIE STREETS
TOLEDO, OHIO 43604
## SUMMONS
## CIVIL ACTION

**FILING TYPE:**            **OTHER CIVIL**

DOLGEN MIDWEST LLC
C/O CORPORATION SERVICE COMPANY
50 WEST BROAD STREET SUITE 1330
COLUMBUS, OH 43215

G-4801-CI-0202002795-000
JUDGE: DEAN MANDROS

     You have the right to seek legal counsel. If you cannot afford a lawyer, you may contact the Legal Services of Northwest Ohio. If you do not qualify for services by the Legal Services of Northwest Ohio and do not know an attorney you may contact the Toledo Bar Association's Lawyer Referral Service (419) 242-2000.

---

     You have been named as a defendant in a Complaint filed in this Court by the plaintiff named below. A copy of the Complaint is attached to this Summons.

     You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff, if he has no attorney of record, a copy of an answer to the complaint, within twenty-eight (28) days after you receive this Summons, exclusive of the of the day of service   or   to an amended complaint within the remaining response time to the complaint or 14 days, whichever period may be longer. Your answer must be filed with the Clerk of Court of Common Pleas within three (3) days after the service of a copy of the Answer on the plaintiff's attorney.

     If you fail to serve and file your Answer, judgment by default will be rendered against you for the relief demanded in the Complaint.

| PLAINTIFF (S) | ATTORNEY FOR PLAINTIFF(S) |
|---|---|
| GLENDA WISEMAN<br>4240 PENELOPE DRIVE<br>TOLEDO, OH 43623 | FRANCIS J LANDRY<br>1090 W SOUTH BOUNDARY<br>STE 500<br>PERRYSBURG, OH 43551 |

BERNIE QUILTER
CLERK OF COURTS

Date: August 18, 2020

_____, Clerk

G-4801-CI-0202002795-000    DOLGEN MIDWEST LLC    Generated: August 18, 2020

EXHIBIT A



# IF YOU DO NOT HIRE AN ATTORNEY
## PLEASE READ & RESPOND
(mark one & respond)

☐ I request to be notified by email

My email address _____

OR

☐ I request to be notified by regular mail
*(Clerk will forward to Court for approval)*

My mailing address _____
_____
_____

**Send email to:** Lwatt@co.lucas.oh.us
**Subject:** G-4801-CI-0202002795-000
DOLGEN MIDWEST LLC
**Message:** Your email address

**Return this Form with your address to:**
Clerk of Court
Lucas County Common Pleas Court
700 Adams
Toledo, OH 43604

### If you do NOT hire an attorney & fail to respond you will NOT receive notification of events related to this case

Case Information is available Online at:
www.co.lucas.oh.us/Clerk
click on the "Dockets Online" link

*Local Rule 5.05 H. SERVICE BY CLERK'S OFFICE Once journalized, the Clerk of courts Office will transmit the entries to the email address submitted by the parties. Counsel for a party or Pro Se litigant representing themselves who do not have an email address may, by motion, request ordinary mail service of entries by the Clerk of Courts Office.*

G-4801-CI-0202002795-000   DOLGEN MIDWEST LLC   Generated: August 18, 2020

EXHIBIT A

EFILED LUCAS COUNTY
08/17/2020 01:40 PM
COMMON PLEAS COURT
BERNIE QUILTER, CLERK
efile id 57736

## IN THE COURT OF COMMON PLEAS
## LUCAS COUNTY, OHIO

| | | |
|---|---|---|
| **GLENDA WISEMAN**<br>4240 Penelope Drive<br>Toledo, Ohio 43623<br><br>Plaintiff,<br>v.<br><br>**DOLGEN MIDWEST LLC**<br>c/o Corporation Service Company<br>50 West Broad Street, Suite 1330<br>Columbus, Ohio 43215<br><br>Defendant. | * <br>* <br>* <br>* <br>* <br>* <br>* <br>* <br>* <br>* <br>* | Case No.  G-4801-CI-0202002795-000<br>Judge  DEAN P. MANDROS<br><br>**COMPLAINT; JURY DEMAND**<br>**ENDORSED HEREON**<br><br>Francis J. Landry (0006072)<br>Katherine A. Pawlak (0086885)<br>**WASSERMAN, BRYAN, LANDRY**<br>**& HONOLD LLP**<br>1090 W. South Boundary St<br>Suite 500<br>Perrysburg, Ohio 43551<br>Telephone: (419) 243-1239<br>Facsimile: (419) 243-2719<br>Flandry308@aol.com<br>kpawlak@wblhlaw.com<br>Attorneys for Plaintiff<br>Glenda Wiseman |

* * * * * * * *

### PARTIES AND VENUE

1. Plaintiff, Glenda Wiseman, is a citizen of the United States and a resident of the City of Toledo, who was employed by Defendant from July of 2002 until her termination on May 18, 2020. At all times material hereto, Plaintiff was an employee of an employer within the meaning of Chapter 4112 of the Ohio Revised Code in that it employed at all times material hereto more than four (4) employees.

EXHIBIT A

2. Defendant is a limited liability company duly organized under the laws of the state of Tennessee, with a place of business in the County of Lucas, State of Ohio. Defendant at all times had more than four (4) employees is also an employer within the meaning of Ohio Revised Code Chapter 4112.

3. Venue is proper in this court, as the events which gave rise to the instant action transpired in Toledo, Ohio, in the county of Lucas.

## GENERAL ALLEGATIONS

4. Plaintiff brings this action for damages for an unlawful termination of her employment. Plaintiff alleges that in terminating her, the Defendant did so in violation of the Ohio Civil Rights Act.

5. Plaintiff began working for Defendant in July of 2002, and was most recently a District Manager.

6. Plaintiff was employed with Defendant for over seventeen years, and had a stellar performance record. She received excellent performance reviews and merit increases throughout her tenure with Defendant.

7. Plaintiff was repeatedly moved to a district to clean it up before being moved to another district.

8. Towards the end of her employment, Plaintiff was moved to a new district. She was there for three months, and then issued a Performance Improvement Plan in September of 2019.

9. Plaintiff articulated numerous reasons she should not be on a Performance Improvement Plan. Plaintiff explained that it takes two years to turn a district around. She had only been in this district just over a year.

10. In November of 2019 her supervisor placed Plaintiff on another PIP.

11. Plaintiff was terminated on May 18, 2020, allegedly due to a violation of the company's shoflifting policy.

12. On May 13, 2020, a young female person entered one of the stores in Plaintiff's district and placed several items in her bag without paying for them.

13. When the individual tried to leave the store without paying Plaintiff and another employee stopped the shoplifter. During the altercation, Plaintiff was punched in her right eye by the shoplifter.

## SECOND CLAIM FOR RELIEF
### Sex Discrimination—Ohio Revised Code Section 4112.02

14. Plaintiff incorporates each and every allegation contained in paragraphs one (1) through thirteen (13) of this complaint, supra, by reference in its entirety as if fully restated herein.

15. Plaintiff is a female individual.

16. Plaintiff was well qualified for her position and performed her job well, having received merit raises.

17. On May 18, 2020, Plaintiff was terminated, allegedly due to a violation of the shoplifting policy. However, Plaintiff performed her job well, and had never been disciplined for such an offense. Furthermore, male employees were retained in their positions despite punching suspected shoplifters and violating the policy.

18. Plaintiff states that male employees were treated more favorably in that they were retained in their positions for the same alleged policy violation. Furthermore, males were hired at a higher rate into the District Manager position, and upon information and belief, Plaintiff was replaced by a male.

EXHIBIT A

19. In terminating Plaintiff, Defendant has intentionally discriminated against her on the basis of her sex in violation of Ohio Revised Code Section 4112.02 made actionable pursuant to Ohio Revised Code Section 4112.99 as amended.

20. As a proximate result of the acts of the Defendant complained of herein, Plaintiff has suffered the loss of past and future wages. Plaintiff also has lost past and future commissions. Plaintiff has also suffered, as a proximate result of the acts of Defendant complained of herein, pain and suffering, humiliation and embarrassment. Plaintiff has also been forced to expend litigation expenses and attorney's fees.

### SECOND CLAIM FOR RELIEF
### Ohio Revised Code 4112.02(L), Age Discrimination

21. Plaintiff incorporates each and every allegation contained in paragraphs one (1) through twenty (20) of this Complaint, supra, by reference in its entirety as if fully restated herein.

22. Plaintiff was fifty-two (52) years of age at the time of her termination.

23. Plaintiff was well qualified for her position and performed her job well, having received merit raises.

24. On May 18, 2020, Plaintiff was terminated, allegedly due to a violation of the shoplifting policy. However, Plaintiff performed her job well, and had never been disciplined for such an offense. Furthermore, substantially younger employees were retained in their positions despite punching suspected shoplifters and violating the policy.

25. Plaintiff states that younger employees were treated more favorably in that they were retained in their positions for the same alleged policy violation. Furthermore, younger employees were hired at a higher rate into the District Manager position, and upon information and belief, Plaintiff was replaced by a person who is substantially younger than Plaintiff.

26. In terminating Plaintiff, Defendant has intentionally discriminated against her on the basis of her age in violation of Ohio Revised Code Section 4112.02(L)).

27. As a proximate result of the actions of Defendant complained of herein, Plaintiff has suffered personal and financial damage, harassment, and great mental and emotional stress, anxiety, humiliation and embarrassment. Plaintiff has also been forced to expend court costs and attorney's fees.

**WHEREFORE**, Plaintiff demands a judgment in excess of $25,000.00, ordering back pay, reinstatement to her position or front pay in lieu of reinstatement, judgment against Defendant for compensatory and punitive damages for emotional distress, anxiety, humiliation and embarrassment plus her costs, interest and reasonable attorney fees. Plaintiff also seeks both prejudgment and post judgment interest. Plaintiff further prays for whatever other legal or equitable relief she may appear to be entitled to.

Respectfully submitted,

WASSERMAN, BRYAN, LANDRY & HONOLD, LLP

_____
Francis J. Landry, Attorney for
Plaintiff, Glenda Wiseman

### JURY DEMAND

Plaintiff demands a trial by a jury of her peers on all issues triable of right by jury.

Respectfully submitted,

_____

EXHIBIT A

Francis J. Landry
Attorney for Plaintiff

EXHIBIT A





**J. BERNIE QUILTER**
Lucas County Clerk of Courts
LUCAS COUNTY COURTHOUSE
700 ADAMS STREET
TOLEDO, OHIO 43604

DOLGEN MIDWEST LLC
C/O CORPORATION SERVICE COMPANY
50 WEST BROAD STREET SUITE 1330
COLUMBUS, OH 43215



**EXHIBIT A**